UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MANLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　Defendant. | Case No.  14-cv-04915-KAW<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT |

On February 2, 2015, Plaintiff Eric Manley filed an unopposed motion for approval of the settlement of his claims under the Fair Labor Standards Act ("FLSA"), as well as his claims for state wage and hour violations under New York and Connecticut law.  The parties have consented to jurisdiction of the Court for all purposes, and Defendant The Hershey Company does not oppose the motion.  The terms of the proposed settlement are outlined in the Joint Stipulation of Settlement, which is attached as Exhibit A to Plaintiff's motion.

Having considered the Plaintiff's motion and supporting documents, the Court GRANTS approval of the settlement.  The Court finds that the settlement is a fair and reasonable compromise of a bona fide FLSA dispute.

Accordingly, this action is dismissed with prejudice and on the merits.

IT IS SO ORDERED.

Dated: March 3, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge